

**Service of Process Transmittal**
04/23/2019
CT Log Number 535353577

| | |
|---|---|
| **TO:** | Tessa Cierny<br>Mercedes-Benz USA, LLC<br>ONE MERCEDES-BENZ DRIVE<br>SANDY SPRINGS, GA 30328-4312 |
| **RE:** | **Process Served in California** |
| **FOR:** | Mercedes-Benz USA, LLC  (Domestic State: DE) |

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | SHADI A. SHALAKHTI and WAFA KHASAWNEH, Pltfs. vs. MERCEDES-BENZ USA, LLC, etc., et al., Dfts. |
| **DOCUMENT(S) SERVED:** | Summons, Complaint, Noitce(s), Attachment(s), Stipulaiton |
| **COURT/AGENCY:** | San Diego County - Superior Court - San Diego, CA<br>Case # 37201900018354CUMCCTL |
| **NATURE OF ACTION:** | Product Liability Litigation - Lemon Law - 2017 Mercedes-Benz GLS 450, VIN 4JGDF6EE7HA753873 |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Los Angeles, CA |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 04/23/2019 at 14:59 |
| **JURISDICTION SERVED :** | California |
| **APPEARANCE OR ANSWER DUE:** | Within 30 days after service (Document(s) may contain additional answer dates) |
| **ATTORNEY(S) / SENDER(S):** | Douglas C. Sohn<br>Law Offices Sohn & Associates<br>16870 West Bernardo Drive, Suite 400<br>San Diego, CA 92127<br>619-237-7646 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 04/24/2019, Expected Purge Date: 04/29/2019 |
| | Image SOP |
| | Email Notification,  Benjamin Benson  Benjamin.Benson@mbusa.com |
| | Email Notification,  Lina Oviedo  lina.oviedo@mbusa.com |
| | Email Notification,  Mark Johanson  mark.johanson@mbusa.com |
| | Email Notification,  Tamiko Durham  tamiko.durham@mbusa.com |
| | Email Notification,  Tessa Cierny  tessa.cierny@mbusa.com |
| | Email Notification,  Veronique Vernot  Veronique.Vernot@mbusa.com |
| | Email Notification,  Madison Coker  mcoker@wwhgd.com |

Page 1 of  2 / SH

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.



| | | Service of Process Transmittal |
|---|---|---|
| | | 04/23/2019 |
| | | CT Log Number 535353577 |
| **TO:** | Tessa Cierny<br>Mercedes-Benz USA, LLC<br>ONE MERCEDES-BENZ DRIVE<br>SANDY SPRINGS, GA 30328-4312 | |
| **RE:** | **Process Served in California** | |
| **FOR:** | Mercedes-Benz USA, LLC  (Domestic State: DE) | |

Email Notification,  Jonathan Friedman  mbwarranty@wwhgd.com

Email Notification,  AUDRA DIAL  audra.dial@mbusa.com

Email Notification,  Lance Arnott  SOPVerification@wolterskluwer.com

| **SIGNED:** | C T Corporation System |
|---|---|
| **ADDRESS:** | 818 West Seventh Street<br>Los Angeles, CA 90017 |
| **TELEPHONE:** | 213-337-4615 |

Page 2 of  2 / SH

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

4/23/19 @ 2:50pm

SUM-100

# SUMMONS
## (CITACION JUDICIAL)

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*

MERCEDES-BENZ USA, LLC, business entity, form unknown, and DOES 1 through 100, inclusive

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*

SHADI A. SHALAKHTI and WAFA KHASAWNEH

**FOR COURT USE ONLY**
*(SOLO PARA USO DE LA CORTE)*

FILED
Clerk of the Superior Court
APR 08 2019
By: B. SCHMELZEL, Deputy

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.

Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.

Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.

| The name and address of the court is: *(El nombre y dirección de la corte es):* | CASE NUMBER: *(Número del Caso):* 37-2019-00018354-CU-MC-CTL |
|---|---|

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO
330 West Broadway, San Diego, CA 92101

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Douglas C. Sohn, 16870 West Bernardo Drive, Suite 400, San Diego, CA 92127, (619)237-7646

DATE: APR 09 2019      Clerk, by B. Schmelzel, Deputy
*(Fecha)*               *(Secretario)*           *(Adjunto)*

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*
3. ☒ on behalf of *(specify):* Mercedes-Benz USA, LLC, a business entity, form unknkown

under: ☐ CCP 416.10 (corporation)           ☐ CCP 416.60 (minor)
       ☐ CCP 416.20 (defunct corporation)   ☐ CCP 416.70 (conservatee)
       ☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
       ☒ other *(specify):* a business entity, form unknkown

4. ☒ by personal delivery on *(date):* 4/23/19

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
www.courtinfo.ca.gov

Law Offices
**Sohn & Associates**
Douglas C. Sohn
State Bar No. 82920
16870 West Bernardo Drive, Suite 400
San Diego, California 92127
(619) 237-7646
(858) 759-4299 Fax

Attorney for Plaintiffs

F I L E D
Clerk of the Superior Court

APR 0 8 2019

By: B. SCHMELZEL, Deputy

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF SAN DIEGO

| | |
|---|---|
| SHADI A. SHALAKHTI and WAFA KHASAWNEH,<br><br>Plaintiffs,<br><br>v.<br><br>MERCEDES-BENZ USA, LLC, business entity, form unknown, and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO: 37-2019-00018354-CU-MC-CTL<br><br>COMPLAINT FOR RESTITUTION AND DAMAGES (Song-Beverly)<br><br><u>JURY TRIAL DEMANDED</u> |

**FIRST CAUSE OF ACTION**
SONG-BEVERLY ACT
(All Defendants)

PLAINTIFFSS ALLEGE:

1. Plaintiffs SHADI A. SHALAKHTI and WAFA KHASAWNEH (hereinafter "Plaintiffs") are, and at all times mentioned herein were, husband and wife, and buyers or lessees of a consumer good or new motor vehicle as defined in Civil Code Section 1790 et seq..

2. Defendant MERCEDES-BENZ USA LLC (hereinafter "Defendant MERCEDES") is, and at all times mentioned herein was, a corporation qualified to do business in, and doing business in, the State of California, and a manufacturer or distributor of consumer goods as defined in Civil Code Section 1790 et seq..

3. Plaintiffs are ignorant of the true names and capacities of Defendants sued herein as

Does 1 through 100 and therefore sue said Defendants by such fictitious names. Plaintiffs will seek leave of court to amend this Complaint to allege their true names and capacities when the same becomes known to them. Plaintiffs are informed and believe and thereupon allege that each of said fictitiously named Defendants is responsible in some manner for Plaintiffs' damages as herein alleged.

4. Plaintiffs are informed and believe and thereupon allege that each of the defendants named herein was the agent or employee of each of the other defendants named herein and in doing those things hereinalleged was acting within the course and scope of said agency or employment.

5. On or about June 15, 2016, Plaintiffs purchased a 2017 Mercedes-Benz GLS 450, VIN 4JGDF6EE7HA753873 (hereinafter "the Vehicle"), manufactured or distributed by Defendant MERCEDES for which Defendant MERCEDES made one or more express warranties. The Vehicle was a consumer good or new motor vehicle, as defined in Civil Code 1790 et seq..

6. Sometime after purchase, and within the warranty period, the Vehicle began to suffer from nonconformities which substantially impaired the use, value, or safety of the new motor vehicle to Plaintiffs. The nonconformities (hereinafter "the nonconformities") include, but are not limited to, the following: Defective air conditioning, defective sunroof, defective emissions system, defective radio, defective lift gate, defective exhaust, defective window, defective engine, defective power steering, defective vents, defective brakes, defective engine mounts.

7. Each of the foregoing defects was covered by one or more express warranties made by Defendant MERCEDES.

8. Within the past four years, Plaintiffs delivered, and continue to deliver, the Vehicle to Defendant MERCEDES'S service and repair facility within the County of San Diego, for service or repair of the nonconformities.

9. Despite a reasonable number of attempts, Defendant MERCEDES'S service and repair facility has been unable to service or repair, and continues to be unable to service or repair, the Vehicle to conform to the express warranty or warranties given by Defendant MERCEDES.

-2-

COMPLAINT

Law Offices
Sohn &
Associates
16870 W. Bernardo Dr.
Suite 400
San Diego, CA 92127
(619) 237-7646

10. As a result, Plaintiffs are entitled to replacement of the Vehicle, or restitution in an amount no less than $110,365.23. Plaintiffs will amend this complaint to allege said amounts more particularly when they become known to them, or according to proof at the time of trial.

11. As a further result, Plaintiffs have incurred incidental damages in an amount as yet unascertained. Plaintiffs will amend this complaint to allege said amount when it becomes known to them, or according to proof at the time of trial.

12. As a further result, Plaintiffs have incurred consequential damages in an amount as yet unascertained. Plaintiffs will amend this complaint to allege said amount when it becomes known to them, or according to proof at the time of trial.

13. Defendant MERCEDES willfully failed to promptly repurchase or replace the Vehicle when request was made therefor, and Plaintiffs are entitled thereby to a civil penalty in the amount of twice Plaintiffs' actual damages, or $220,730.46.

14. Plaintiffs have incurred attorney's fees and costs in bringing the within action pursuant to Civil Code Section 1790 et seq., in amount as yet unascertained. Plaintiffs will amend this complaint to allege said amount when it becomes known to them, or according to proof at the time of trial.

WHEREFORE, Plaintiffs pray judgment against Defendants, and each of them, as follows:

1. Replacement of the Vehicle or restitution in an amount no less than $110,365.23;

2. Incidental damages according to proof;

3. Consequential damages according to proof;

4. Civil penalty of no less than $220,730.46;

5. Attorney's fees;

6. Costs of suit;

7. Pre-judgment and post-judgment interest at the lawful rate; and,

///

///

Law Offices
Sohn &
Associates
16870 W. Bernardo Dr.
Suite 400
San Diego, CA 92127
(619) 237-7646

-3-

COMPLAINT

8. Such other and further relief as the Court may deem just and proper.

DATED: April 2, 2019

SOHN & ASSOCIATES

DOUGLAS C. SOHN
Attorney for Plaintiffs

Law Offices
Sohn &
Associates
16870 W. Bernardo Dr.
Suite 400
San Diego, CA 92127
(619) 237-7646

-4-

COMPLAINT

| | |
|---|---|
| **SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO**<br>STREET ADDRESS: 330 W Broadway<br>MAILING ADDRESS: 330 W Broadway<br>CITY AND ZIP CODE: San Diego, CA 92101-3827<br>BRANCH NAME: Central<br>TELEPHONE NUMBER: (619) 450-7070 | |
| PLAINTIFF(S) / PETITIONER(S): Shadi A Shalakhti et.al. | |
| DEFENDANT(S) / RESPONDENT(S): Mercedes-Benz USA LLC | |
| SHALAKHTI VS MERCEDES-BENZ USA LLC [IMAGED] | |
| **NOTICE OF CASE ASSIGNMENT**<br>**and CASE MANAGEMENT CONFERENCE** | CASE NUMBER:<br>37-2019-00018354-CU-MC-CTL |

**CASE ASSIGNMENT**

Judge: Randa Trapp                                   Department: C-70

**COMPLAINT/PETITION FILED:** 04/08/2019

| TYPE OF HEARING SCHEDULED | DATE | TIME | DEPT | JUDGE |
|---|---|---|---|---|
| Civil Case Management Conference | 11/08/2019 | 10:00 am | C-70 | Randa Trapp |

A case management statement must be completed by counsel for all parties or self-represented litigants and timely filed with the court at least 15 days prior to the initial case management conference. (San Diego Local Rules, Division II, CRC Rule 3.725).

All counsel of record or parties in pro per shall appear at the Case Management Conference, be familiar with the case, and be fully prepared to participate effectively in the hearing, including discussions of ADR* options.

---

IT IS THE DUTY OF EACH PLAINTIFF (AND CROSS-COMPLAINANT) TO SERVE A COPY OF THIS NOTICE WITH THE COMPLAINT (AND CROSS-COMPLAINT), THE ALTERNATIVE DISPUTE RESOLUTION (ADR) INFORMATION FORM (SDSC FORM #CIV-730), A STIPULATION TO USE ALTERNATIVE DISPUTE RESOLUTION (ADR) (SDSC FORM #CIV-359), AND OTHER DOCUMENTS AS SET OUT IN SDSC LOCAL RULE 2.1.5.

ALL COUNSEL WILL BE EXPECTED TO BE FAMILIAR WITH SUPERIOR COURT RULES WHICH HAVE BEEN PUBLISHED AS DIVISION II, AND WILL BE STRICTLY ENFORCED.

TIME STANDARDS: The following timeframes apply to general civil cases and must be adhered to unless you have requested and been granted an extension of time. General civil cases consist of all civil cases except: small claims proceedings, civil petitions, unlawful detainer proceedings, probate, guardianship, conservatorship, juvenile, parking citation appeals, and family law proceedings.

COMPLAINTS: Complaints and all other documents listed in SDSC Local Rule 2.1.5 must be served on all named defendants.

DEFENDANT'S APPEARANCE: Defendant must generally appear within 30 days of service of the complaint. (Plaintiff may stipulate to no more than 15 day extension which must be in writing and filed with the Court.) (SDSC Local Rule 2.1.6)

JURY FEES: In order to preserve the right to a jury trial, one party for each side demanding a jury trial shall pay an advance jury fee in the amount of one hundred fifty dollars ($150) on or before the date scheduled for the initial case management conference in the action.

COURT REPORTERS: Court reporters are not provided by the Court in Civil cases. See policy regarding normal availability and unavailability of official court reporters at www.sdcourt.ca.gov.

*ALTERNATIVE DISPUTE RESOLUTION (ADR): THE COURT ENCOURAGES YOU TO CONSIDER UTILIZING VARIOUS ALTERNATIVES TO TRIAL, INCLUDING MEDIATION AND ARBITRATION, PRIOR TO THE CASE MANAGEMENT CONFERENCE. PARTIES MAY FILE THE ATTACHED STIPULATION TO USE ALTERNATIVE DISPUTE RESOLUTION (SDSC FORM #CIV-359).



# Superior Court of California
# County of San Diego

# NOTICE OF ELIGIBILITY TO eFILE
# AND ASSIGNMENT TO IMAGING DEPARTMENT

**This case is eligible for eFiling. Should you prefer to electronically file documents, refer to General Order in re procedures regarding electronically imaged court records, electronic filing, and access to electronic court records in civil and probate cases for rules and procedures or contact the Court's eFiling vendor at www.onelegal.com for information.**

**This case has been assigned to an Imaging Department and original documents attached to pleadings filed with the court will be imaged and destroyed. Original documents should not be filed with pleadings. If necessary, they should be lodged with the court under California Rules of Court, rule 3.1302(b).**

On August 1, 2011 the San Diego Superior Court began the Electronic Filing and Imaging Pilot Program ("Program"). As of August 1, 2011 in all new cases assigned to an Imaging Department all filings will be imaged electronically and the electronic version of the document will be the official court file. The official court file will be electronic and accessible at one of the kiosks located in the Civil Business Office and on the Internet through the court's website.

You should be aware that the electronic copy of the filed document(s) will be the official court record pursuant to Government Code section 68150. The paper filing will be imaged and held for 30 days. After that time it will be destroyed and recycled. **Thus, you should not attach any original documents to pleadings filed with the San Diego Superior Court. Original documents filed with the court will be imaged and destroyed except those documents specified in California Rules of Court, rule 3.1806.** Any original documents necessary for a motion hearing or trial shall be lodged in advance of the hearing pursuant to California Rules of Court, rule 3.1302(b).

It is the duty of each plaintiff, cross-complainant or petitioner to serve a copy of this notice with the complaint, cross-complaint or petition on all parties in the action.

On all pleadings filed after the initial case originating filing, all parties must, to the extent it is feasible to do so, place the words **"IMAGED FILE"** in all caps immediately under the title of the pleading on all subsequent pleadings filed in the action.

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address):<br>Douglas C. Sohn    SBN 82920<br>16870 West Bernardo Drive, SUite 400<br>San Diego, CA 92127<br>TELEPHONE NO.: 619-237-7646   FAX NO.(Optional): 858-759-4299<br>E-MAIL ADDRESS (Optional): dsohn@sohnlaw.com<br>ATTORNEY FOR (Name): Plaintiff ELSA COLIN | FOR COURT USE ONLY |
|---|---|
| **SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO**<br>☐ CENTRAL DIVISION, COUNTY COURTHOUSE, 220 W. BROADWAY, SAN DIEGO, CA 92101<br>☒ CENTRAL DIVISION, HALL OF JUSTICE, 330 W. BROADWAY, SAN DIEGO, CA 92101<br>☐ CENTRAL DIVISION, FAMILY COURT, 1501 6TH AVE., SAN DIEGO, CA 92101<br>☐ CENTRAL DIVISION, MADGE BRADLEY, 1409 4TH AVE., SAN DIEGO, CA 92101<br>☐ CENTRAL DIVISION, KEARNY MESA, 8950 CLAIREMONT MESA BLVD., SAN DIEGO, CA 92123<br>☐ CENTRAL DIVISION, JUVENILE COURT, 2851 MEADOW LARK DR., SAN DIEGO, CA 92123<br>☐ NORTH COUNTY DIVISION, 325 S. MELROSE DR., VISTA, CA 92081<br>☐ EAST COUNTY DIVISION, 250 E. MAIN ST., EL CAJON, CA 92020<br>☐ RAMONA BRANCH, 1428 MONTECITO RD., RAMONA, CA 92065<br>☐ SOUTH COUNTY DIVISION, 500 3RD AVE., CHULA VISTA, CA 91910 | |
| PLAINTIFF(S)<br>SHADI A. SHALAKHTI and WAFA KHASAWHEH | |
| DEFENDANT(S)<br>MERCEDES BENZ USA | JUDGE<br>Hon. Randa Trapp |
| IN THE MATTER OF<br>SHALAKHTI v. MBUSA    A MINOR | DEPT<br>C-70 |
| **PEREMPTORY CHALLENGE** | CASE NUMBER<br>37-2019-00018354-CU-MC-CTL |

Douglas C. Sohn _____, is ☐ a party ☒ an attorney for a party in the above-entitled case and declares that Hon. Randa Trapp _____, the judge to whom this case is assigned, is prejudiced against the party or the party's attorney or the interests of the party or the party's attorney such that the said party or parties believe(s) that a fair and impartial trial or hearing cannot be had before such judge.

WHEREFORE, pursuant to the provisions of Code Civ. Proc. §170.6, I respectfully request that this court issue its order reassigning said case to another, and different, judge for further proceedings.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: April 15, 2019

_____
Signature

**ORDER OF THE COURT**

☐ GRANTED - This case is referred to Presiding/Supervising Department for reassignment and a notice will be mailed to counsel.

☐ DENIED

Date: _____  _____
Judge/Commissioner/Referee of the Superior Court

**FOR OFFICE USE ONLY**

This case has been reassigned to Judge _____ per Presiding/Supervising Judge
_____ on _____.

SDSC CIV-249 (Rev. 10/10)    **PEREMPTORY CHALLENGE**    Code Civ. Proc. § 170.6



# SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO

## ALTERNATIVE DISPUTE RESOLUTION (ADR) INFORMATION

CASE NUMBER: 37-2019-00018354-CU-MC-CTL     CASE TITLE: Shalakhti vs Mercedes-Benz USA LLC [IMAGED]

**NOTICE:** All plaintiffs/cross-complainants in a general civil case are required to serve a copy of the following three forms on each defendant/cross-defendant, together with the complaint/cross-complaint:
    (1) this Alternative Dispute Resolution (ADR) Information form (SDSC form #CIV-730),
    (2) the Stipulation to Use Alternative Dispute Resolution (ADR) form (SDSC form #CIV-359), _and_
    (3) the Notice of Case Assignment form (SDSC form #CIV-721).

Most civil disputes are resolved without filing a lawsuit, and most civil lawsuits are resolved without a trial. The courts, community organizations, and private providers offer a variety of Alternative Dispute Resolution (ADR) processes to help people resolve disputes without a trial. The San Diego Superior Court expects that litigants will utilize some form of ADR as a mechanism for case settlement before trial, and it may be beneficial to do this early in the case.

Below is some information about the potential advantages and disadvantages of ADR, the most common types of ADR, and how to find a local ADR program or neutral. A form for agreeing to use ADR is attached (SDSC form #CIV-359).

### Potential Advantages and Disadvantages of ADR
ADR may have a variety of advantages or disadvantages over a trial, depending on the type of ADR process used and the particular case:

**Potential Advantages**
- Saves time
- Saves money
- Gives parties more control over the dispute resolution process and outcome
- Preserves or improves relationships

**Potential Disadvantages**
- May take more time and money if ADR does not resolve the dispute
- Procedures to learn about the other side's case (discovery), jury trial, appeal, and other court protections may be limited or unavailable

### Most Common Types of ADR
You can read more information about these ADR processes and watch videos that demonstrate them on the court's ADR webpage at http://www.sdcourt.ca.gov/adr.

**Mediation:** A neutral person called a "mediator" helps the parties communicate in an effective and constructive manner so they can try to settle their dispute. The mediator does not decide the outcome, but helps the parties to do so. Mediation is usually confidential, and may be particularly useful when parties want or need to have an ongoing relationship, such as in disputes between family members, neighbors, co-workers, or business partners, or when parties want to discuss non-legal concerns or creative resolutions that could not be ordered at a trial.

**Settlement Conference:** A judge or another neutral person called a "settlement officer" helps the parties to understand the strengths and weaknesses of their case and to discuss settlement. The judge or settlement officer does not make a decision in the case but helps the parties to negotiate a settlement. Settlement conferences may be particularly helpful when the parties have very different ideas about the likely outcome of a trial and would like an experienced neutral to help guide them toward a resolution.

**Arbitration:** A neutral person called an "arbitrator" considers arguments and evidence presented by each side and then decides the outcome of the dispute. Arbitration is less formal than a trial, and the rules of evidence are usually relaxed. If the parties agree to binding arbitration, they waive their right to a trial and agree to accept the arbitrator's decision as final. With nonbinding arbitration, any party may reject the arbitrator's decision and request a trial. Arbitration may be appropriate when the parties want another person to decide the outcome of their dispute but would like to avoid the formality, time, and expense of a trial.

**Other ADR Processes:** There are several other types of ADR which are not offered through the court but which may be obtained privately, including neutral evaluation, conciliation, fact finding, mini-trials, and summary jury trials. Sometimes parties will try a combination of ADR processes. The important thing is to try to find the type or types of ADR that are most likely to resolve your dispute. Be sure to learn about the rules of any ADR program and the qualifications of any neutral you are considering, and about their fees.

### Local ADR Programs for Civil Cases

**Mediation:** The San Diego Superior Court maintains a Civil Mediation Panel of approved mediators who have met certain minimum qualifications and have agreed to charge $150 per hour for each of the first two (2) hours of mediation and their regular hourly rate thereafter in court-referred mediations.

On-line mediator search and selection: Go to the court's ADR webpage at www.sdcourt.ca.gov/adr and click on the "Mediator Search" to review individual mediator profiles containing detailed information about each mediator including their dispute resolution training, relevant experience, ADR specialty, education and employment history, mediation style, and fees and to submit an on-line Mediator Selection Form (SDSC form #CIV-005). The Civil Mediation Panel List, the Available Mediator List, individual Mediator Profiles, and Mediator Selection Form (CIV-005) can also be printed from the court's ADR webpage and are available at the Mediation Program Office or Civil Business Office at each court location.

**Settlement Conference:** The judge may order your case to a mandatory settlement conference, or voluntary settlement conferences may be requested from the court if the parties certify that: (1) settlement negotiations between the parties have been pursued, demands and offers have been tendered in good faith, and resolution has failed; (2) a judicially supervised settlement conference presents a substantial opportunity for settlement; and (3) the case has developed to a point where all parties are legally and factually prepared to present the issues for settlement consideration and further discovery for settlement purposes is not required. Refer to SDSC Local Rule 2.2.1 for more information. To schedule a settlement conference, contact the department to which your case is assigned.

**Arbitration:** The San Diego Superior Court maintains a panel of approved judicial arbitrators who have practiced law for a minimum of five years and who have a certain amount of trial and/or arbitration experience. Refer to SDSC Local Rules Division II, Chapter III and Code Civ. Proc. § 1141.10 et seq or contact the Arbitration Program Office at (619) 450-7300 for more information.

More information about court-connected ADR: Visit the court's ADR webpage at www.sdcourt.ca.gov/adr or contact the court's Mediation/Arbitration Office at (619) 450-7300.

**Dispute Resolution Programs Act (DRPA) funded ADR Programs:** The following community dispute resolution programs are funded under DRPA (Bus. and Prof. Code §§ 465 et seq.):
- In Central, East, and South San Diego County, contact the National Conflict Resolution Center (NCRC) at www.ncrconline.com or (619) 238-2400.
- In North San Diego County, contact North County Lifeline, Inc. at www.nclifeline.org or (760) 726-4900.

**Private ADR:** To find a private ADR program or neutral, search the Internet, your local telephone or business directory, or legal newspaper for dispute resolution, mediation, settlement, or arbitration services.

### Legal Representation and Advice

To participate effectively in ADR, it is generally important to understand your legal rights and responsibilities and the likely outcomes if you went to trial. ADR neutrals are not allowed to represent or to give legal advice to the participants in the ADR process. If you do not already have an attorney, the California State Bar or your local County Bar Association can assist you in finding an attorney. Information about obtaining free and low cost legal assistance is also available on the California courts website at www.courtinfo.ca.gov/selfhelp/lowcost.

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO | FOR COURT USE ONLY |
|---|---|
| STREET ADDRESS: 330 West Broadway <br> MAILING ADDRESS: 330 West Broadway <br> CITY, STATE, & ZIP CODE: San Diego, CA 92101-3827 <br> BRANCH NAME: Central | |
| PLAINTIFF(S): Shadi A Shalakhti et.al. | |
| DEFENDANT(S): Mercedes-Benz USA LLC | |
| SHORT TITLE: SHALAKHTI VS MERCEDES-BENZ USA LLC [IMAGED] | |
| STIPULATION TO USE ALTERNATIVE DISPUTE RESOLUTION (ADR) | CASE NUMBER: <br> 37-2019-00018354-CU-MC-CTL |

Judge: Randa Trapp                                      Department: C-70

The parties and their attorneys stipulate that the matter is at issue and the claims in this action shall be submitted to the following alternative dispute resolution (ADR) process. Selection of any of these options will not delay any case management timelines.

☐ Mediation (court-connected)            ☐ Non-binding private arbitration

☐ Mediation (private)                    ☐ Binding private arbitration

☐ Voluntary settlement conference (private)   ☐ Non-binding judicial arbitration (discovery until 15 days before trial)

☐ Neutral evaluation (private)           ☐ Non-binding judicial arbitration (discovery until 30 days before trial)

☐ Other (specify e.g., private mini-trial, private judge, etc.): _____

It is also stipulated that the following shall serve as arbitrator, mediator or other neutral: (Name) _____

Alternate neutral (for court Civil Mediation Program and arbitration only): _____

Date: _____          Date: _____

Name of Plaintiff                        Name of Defendant

Signature                                Signature

Name of Plaintiff's Attorney             Name of Defendant's Attorney

Signature                                Signature

If there are more parties and/or attorneys, please attach additional completed and fully executed sheets.

It is the duty of the parties to notify the court of any settlement pursuant to Cal. Rules of Court, rule 3.1385. Upon notification of the settlement, the court will place this matter on a 45-day dismissal calendar.

No new parties may be added without leave of court.

**IT IS SO ORDERED.**

Dated: 04/09/2019                                      JUDGE OF THE SUPERIOR COURT

SDSC CIV-359 (Rev 12-10)     **STIPULATION TO USE OF ALTERNATIVE DISPUTE RESOLUTION**     Page: 1

3